UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:
**Matthew G. Brooker and
Katherine A. Brooker**
                    Debtors

Chapter 13

Case No. 09-20311

## SECOND MOTION TO ALLOW & DISALLOW CLAIMS AND TO MODIFY PLAN AND OBJECTIONS TO CLAIMS

NOW COMES the Debtor(s), **Matthew G. Brooker and Katherine A. Brooker**, (hereafter, the "Debtor"), by and through counsel, and moves to allow creditor claims, moves to modify the confirmed plan, and objects to creditor claims, as follows:

**I. ALLOWANCE OF CLAIMS.** The Debtor moves to allow creditor claims as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 502.

**II. OBJECTIONS TO CLAIMS.** The Debtor hereby objects to creditor claims as follows:

| Claim # | Creditor | Description of Claim, Basis for Objection, and Requested Disposition. |
|---|---|---|
| 12 | Citimortgage | Debtor's residence shall be abandoned. Debtors consent to a modification of the stay. Any deficiency shall be treated as an unsecured claim and paid pro rata with the General unsecured creditors. The unsecured claim is estimated to be $22,000.00, and will be allowed as an unsecured claim in that amount. |
| 10 | eCast | Debtor's 2007 Yamaha Mini Cycle shall be abandoned. Debtors consent to a modification of the stay. Any deficiency shall be treated as an unsecured claim and paid pro rata with the General unsecured creditors. The unsecured claim is estimated to be $500.00. and will be allowed as an unsecured claim in that amount.. |
| 11 | eCast | Debtor's computer and related equipment shall be abandoned. Debtors consent to a modification of the stay. Any deficiency shall be treated as an unsecured claim and paid pro rata with the General unsecured creditors The unsecured claim is estimated to be $993.75 and will be allowed as an unsecured claim in that amount. |

**III. MODIFICATION OF CONFIRMED PLAN.** The Debtor hereby moves to modify the confirmed plan as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 1329. If the plan was confirmed on an interim basis, then the Debtor(s) also moves for final confirmation of the plan, as amended. One purpose of the proposed modification is to accommodate the allowance of claims proposed by the Debtor. The Debtor's other reasons for modifying the plan, if any, are as follows:

Debtors have separated and now maintain two (2) households. As a result, household expenses have increased and caused the Debtors to fall behind on their payments.

WHEREFORE, the Debtor respectfully requests that this Honorable Court allow creditor claims, modify the plan, and sustain the Debtor's objections to creditor claims, as provided above and in the proposed order attach to or otherwise filed with this motion, together with such other relief as this Court finds just and reasonable.

                                        Respectfully Submitted,

Date: **10/12/2010**       **Jeffrey P. White**
_____      _____
                                        Jeffrey P. White, Esq.
                                        Attorney for Debtor(s)
                                        243 Mount Auburn Ave., Suite B-1
                                        Auburn, Maine, 04210
                                        Phone: 207-689-2111
                                        Email: jwhite@whitelawoffices.com